**FILED**
April 13, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002556772

AAA Financial
P.O. Box 301200
Los Angeles, CA 90030


Bank of America
P.O. Box 15102
Wilmington, DE 19886


Bank of America
P.O. Box 851001
Dallas, TX 75285


Chase - Card Member Services
P.O. Box 94014
Palatine, IL 60094


Chase - Card Member Services
P.O. Box 94014
Palatine, IL 60094


GE Money Bank
P.O. Box 960061
Orlando, FL 32896


HFC
P.O. Box 3425
Buffalo, NY 14240


HFC
P.O. Box 60101
City of Industry, CA 91716


Home Depot Credit Services
P.O. Box 182676
Columbus, OH 43218


Home Depot Services
P.O. Box 6028
The Lakes, NV 88901

HSBC Retail Services
P.O. Box 60148
City of Industry, CA 91716


Internal Revenue Service
Ogden, UT 84201


JCPenny
P.O. Box 960090
Orlando, FL 32896


Lane Bryant
P.O. Box 856132
Louisville, KY 40285


Macy's
P.O. Box 6938
The Lakes, NV 88901


Sears Credit Cards
P.O. Box 688956
Des Moines, IA 50368


State of California
PO Box 942840
Sacramento, CA
94240-0040


Walmart Discovery GEMB
P.O. Box 960024
Orlando, FL 32896

UNITED STATES BANKRUPTCY COURT
Eastern District of California

In re  Roxanne Harvey ,
                        Debtor

Case No.  2010-13905

Chapter  7

# VERIFICATION OF LIST OF CREDITORS

I hereby certify under penalty of perjury that the attached List of Creditors which consists of 2 pages, is true, correct and complete to the best of my knowledge.

Date  4/13/10

Signature of Debtor  /s/ Roxanne Harvey
ROXANNE HARVEY

George Holland, Jr.

AAA Financial
P.O. Box 301200
Los Angeles, CA 90030

Bank of America
P.O. Box 15102
Wilmington, DE 19886

Bank of America
P.O. Box 851001
Dallas, TX 75285

Chase - Card Member Services
P.O. Box 94014
Palatine, IL 60094

Chase - Card Member Services
P.O. Box 94014
Palatine, IL 60094

GE Money Bank
P.O. Box 960061
Orlando, FL 32896

HFC
P.O. Box 3425
Buffalo, NY 14240

HFC
P.O. Box 60101
City of Industry, CA 91716

Home Depot Credit Services
P.O. Box 182676
Columbus, OH 43218

Home Depot Services
P.O. Box 6028
The Lakes, NV 88901

HSBC Retail Services
P.O. Box 60148
City of Industry, CA 91716

Internal Revenue Service
Ogden, UT 84201

JCPenny
P.O. Box 960090
Orlando, FL 32896

Lane Bryant
P.O. Box 856132
Louisville, KY 40285

Macy's
P.O. Box 6938
The Lakes, NV 88901

Sears Credit Cards
P.O. Box 688956
Des Moines, IA 50368

State of California
PO Box 942840
Sacramento, CA
94240-0040

Walmart Discovery GEMB
P.O. Box 960024
Orlando, FL 32896