FILED

April 27, 2010

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA



0002590274

**APPL**
HENRI E. NORRIS, ESQ, DC Bar# 370646
GEORGE HOLLAND Jr. ESQ SB#216735
HOLLAND LAW FIRM
1970 Broadway, Suite 1030
Oakland, CA  94612
Telephone (510) 465-4100
Fax: (510) 465-4747
Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: | ) Case No.   10-13905 |
| | ) CHAPTER 7 |
| | ) |
| ROXANNE HARVEY | ) |
| | ) **APPLICATION TO EXTEND TIME FOR** |
| Debtor | ) **SUBMITTING INCOMPLETE FILINGS** |
| | ) **PERTAINING TO CONVERTED CHAPTER** |
| | ) **7 BANKRUPTCY PETITION** |
| _____ | ) |

The Debtor, by and through Counsel of Record, now applies to the Court for an Order

Extending the Time  within which to submit incomplete filings, and herby represents:

1. The original Chapter 13 bankruptcy was filed as a "skeleton" petition on April 13,
   2010.

2. The Debtor and this Office need additional time to complete the required submissions
   in light of this Motion to convert.

3. This office will require additional time to allow Debtor to obtain additional required
   documents as a result of the motion

4. Once Debtor produces the remaining documents, this office will require time to adequately review the documents prior to submission.

For the foregoing reasons, Debtor and Counsel respectfully request the Court to enter an order granting Debtor until May 13, 2010 in which to submit the requirements needed to complete the converted petition.

DATED: April 28, 2010

Respectfully Submitted,


/s/ HENRI NORRIS  /s/George Holland Jr.
Henri Norris, ESQ George Holland Jr., ESQ
Attorney for Debtor