

UNITED STATES BANKRUPTCY COURT
Eastern District of California

Robert E. Coyle United States Courthouse
2500 Tulare Street, Suite 2501
Fresno, CA 93721-1318

(559) 499-5800
www.caeb.uscourts.gov
M-F 9:00 AM - 4:00 PM

**FILED**

**6/16/10**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

tjof

# ORDER TO SHOW CAUSE RE DISMISSAL OR IMPOSITION OF SANCTIONS COMBINED WITH NOTICE THEREOF

Case Number: 10-13905 - A - 7

Debtor Name(s) and Address(es):

Roxanne Harvey
2715 N Marty Ave
Fresno, CA 93722

The court docket and file in the above case indicate that:

*the debtor(s) and or debtor's attorney failed to attend the § 341 meeting that was set for 06/04/10, as required by 11 U.S.C. § 343.*

**THEREFORE,**

**IT IS ORDERED** that the debtor, and if represented, the debtor's counsel appear before the Court on the following date, time and place:

**DATE & TIME:** July 7, 2010 at 9:00 a.m.
**PLACE:** U.S. Bankruptcy Court
Department A, Courtroom 11, 5th Floor
2500 Tulare Street
Fresno, CA

and show cause why this case should not be dismissed, sanctions imposed on the debtor and/or debtor's attorney, or other appropriate relief ordered for such failure to comply with the provisions of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, Local Rules of Practice and local requirements.

Dated:
6/16/10

For the Court,
Richard G. Heltzel , Clerk