UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | Roxanne Harvey | **Case No :** | 10-13905 - A - 7 |
| | | **Date :** | 07/07/10 |
| | | **Time :** | 09:00 |
| **Matter :** | [18] - Order to Show Cause - Failure to Attend 341 Meeting as Transmitted to BNC for Service. Hearing to be held on 7/7/2010 at 09:00 AM at Fresno Courtroom 11, Department A. (tjof) | | UNOPPOSED |

**Judge :** Whitney Rimel
**Courtroom Deputy :** Gay Parker
**Reporter :** Linda Gorman
**Department :** A

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
    Debtor - Roxanne Harvey
    Trustee - Sheryl Ann Strain
    U.S. Trustee's Attorney - Greg Powell
    Trudi Manfredo spec. for the Harveys

HEARING was :
Case Dismissed

Court retains jurisdiction over any motion filed by U. S. Trustee.

ORDER TO BE PREPARED BY :    Greg Powell