2010-13905
FILED
July 13, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002772420

MARK L. POPE #182769
Assistant United States Trustee
GREGORY S. POWELL #182199
ROBIN TUBESING #26680-49 [Indiana]
United States Department of Justice
Office of the United States Trustee
2500 Tulare Street, Suite 1401
Fresno, California 93721
Telephone: (559) 487-5002
Telecopier: (559) 487-5030

Attorneys for Sara L. Kistler,
Acting United States Trustee

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>ROXANNE HARVEY,<br><br><br><br><br><br><br><br>                            Debtor. | Case No. 10-13905-A-7<br>Chapter 13<br>DC No. NA<br><br>Date:  July 7, 2010<br>Time:  9:00 a.m.<br>Place:  U.S. Bankruptcy Court<br>          Department A, Courtroom 11<br>          2500 Tulare Street, Fifth Floor<br>          Fresno, California<br>Judge: Whitney Rimel |

**ORDER DISMISSING CASE**

On the above-captioned date and time a hearing on the Court's Order to Show Cause for failure to attend the § 341 meeting was held. Trudi G. Manfredo appeared specially on behalf of the Debtor, who was also present. Gregory S. Powell appeared on behalf of the United States Trustee. There was no appearance by counsel of record on behalf of the Debtor. For the reasons set forth on the record, the

/ / /

/ / /

/ / /

RECEIVED
July 13, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002772420

1 | court finds that cause exists for dismissal of the case. It is, therefore,

2 |     **ORDERED** that the case is dismissed.

3 |     It is further **ORDERED** that the Court shall retain jurisdiction over any action by the

4 | United States Trustee pursuant to 11 U.S.C. § 329.

Dated:

Jul 13, 2010

_____
United States Bankruptcy Judge