**2**

MARK L. POPE, #182769
Assistant United States Trustee
GREGORY S. POWELL #182199
ROBIN TUBESING #26680-49 [Indiana]
United States Department of Justice
Office of the United States Trustee
255 Tulare Street, Suite 1401
Fresno, CA 93721
Telephone: (559) 487-5002
Telecopier: (559) 487-5030

Attorney for Sara L. Kistler,
Acting United States Trustee

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| In the Matter of | Case No. 10-13905-A-7 |
| ROXANNE HARVEY, | Chapter 7 |
| | DC No. UST-1 |
| Debtor. | Date: August 13, 2010 |
| | Time: 9:00 a.m. |
| | Place: U.S. Bankruptcy Court |
| | Dept. A, Courtroom 11 |
| | 2500 Tulare Street |
| | Fresno, CA |
| | Judge: Whiteny Rimel |

**DECLARATION OF ETIENNE HARVEY IN SUPPORT OF THE UNITED STATES TRUSTEE'S MOTION FOR REVIEW OF FEES PURSUANT TO 11 U.S.C. § 329**

I, Etienne Harvey, do declare as follows:

1. My name is Etienne Harvey. I am married to Debtor. I am over eighteen (18) years of age, of sound mind and fully competent to make this declaration. I have personal knowledge of the facts contained in this declaration, and they are all true and correct.

2. I have never met George Holland, Jr.

3. On March 22, 2010 I met with an individual of the George

Holland, Jr. Law Firm ("Law Firm"). This individual was named Ms. Henri Norris. On that date I was asked to provide and did provide payment of $1,000 up front, and two post-dated checks in the amount of $400.00 and $399.00. I was told what information about assets and creditors that needed to be provided to the Law Firm.

4. My wife's wages were garnished by the Franchise Tax Board for the months of February and March. The amount owed was approximately $3,500-$4,000. I contacted the Franchise Tax Board and requested that they stop garnishing my wife's wages and that they garnish my wages instead. That is why the garnishment of my wife's wages was only in effect for two months. My wages were then garnished by the Franchise Tax Board, this garnishment was unaffected by the bankruptcy, nor did we expect that it would be stopped by the bankruptcy.

5. On May 12, 2010, I was contacted by Christian Cooper of the Law Firm and told to send my Wife's pay stubs and tax records to the trustee via facsimile.

6. I sent these documents to the Trustee on May 13, 2010 for the May 14, 2010 meeting of creditors.

7. I also never reviewed a final draft of the petition, schedules or statement of affairs before they were filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: 7-19-10

_____
Etienne Harvey

2