FILED
August 12, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002850080

2

MARK L. POPE, #182769
Assistant United States Trustee
GREGORY S. POWELL #182199
ROBIN TUBESING #26680-49 [Indiana]
United States Department of Justice
Office of the United States Trustee
2500 Tulare Street, Suite 1401
Fresno, CA 93721
Telephone: (559) 487-5002
Telecopier: (559) 487-5030

Attorneys for August B. Landis,
Acting United States Trustee

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| In re:<br><br>ROXANNE HARVEY,<br><br><br><br><br>Debtor. | Case No. 10-13905-A-7<br>Chapter 7<br>DC No. UST-1<br><br>Date: September 15, 2010<br>Time: 9:00 a.m.<br>Place: U.S. Bankruptcy Court<br>Department A, Courtroom 11<br>2500 Tulare Street<br>Fresno, California<br>Judge: Whitney Rimel |
|---|---|

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF UNITED STATES TRUSTEE'S MOTION FOR REVIEW OF FEES PURSUANT TO 11 U.S.C. § 329**

TO THE HONORABLE WHITNEY RIMEL, UNITED STATES BANKRUPTCY JUDGE:

August B. Landis, Acting United States Trustee, respectfully requests that the Court take judicial notice pursuant to Rule 201 of the Federal Rules of Evidence of the record in this case, including, without limitation, the following documents filed with the Court:

Exhibit "1"    Notice Of Incomplete Filing And Notice Of Intent To Dismiss Case If Documents Are Not Timely Filed ("NOID") was entered on April 14, 2010;

Exhibit "2"    April 27, 2010, Holland filed an Application To Extend Time to file the missing documents;

/ / /

1

| | | |
|---|---|---|
| 1 | Exhibit "3" | Disclosure of Compensation of Attorney For Debtor filed on May 12, 2010. |

Dated: August 12, 2010.

                                             Respectfully submitted,

                                             Mark L. Pope
                                             Assistant United States Trustee

                                             By:        /S/
                                                        Gregory S. Powell

                                             Attorney for August B. Landis,
                                             Acting United States Trustee
                                             Direct phone: 559-487-5002 x225
                                             E-mail: greg.powell@usdoj.gov