2010-13905
FILED
September 24, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002943331

MARK L. POPE, #182769
Assistant United States Trustee
GREGORY S. POWELL #182199
ROBIN TUBESING #26680-49 [Indiana]
United States Department of Justice
Office of the United States Trustee
2500 Tulare Street, Suite 1401
Fresno, CA 93721
Telephone: (559) 487-5002
Telecopier: (559) 487-5030

Attorneys for August B. Landis,
Acting United States Trustee

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>ROXANNE HARVEY,<br><br><br><br><br>Debtor. | Case No. 10-13905-A-7<br>Chapter 7<br>DC No. UST-1<br><br>Date: September 15, 2010<br>Time: 9:00 a.m.<br>Place: U.S. Bankruptcy Court<br>  Department A, Courtroom 11<br>  2500 Tulare Street<br>  Fresno, California<br>Judge: Whitney Rimel |

**ORDER GRANTING MOTION OF UNITED STATES TRUSTEE
REGARDING DISGORGEMENT OF FEES**

WHEREFORE, after the hearing in the above-captioned matter at which Gregory S. Powell appeared on behalf of the United States Trustee, and the Court having reviewed the United States Trustee's Motion For Review Of Fees of George Holland, Jr. ("Holland"), counsel for the Debtor, no opposition to the Motion having been filed by George Holland, Jr., the Court having been informed by counsel for the United States Trustee that except to request 30 days to disgorge fees, Holland does not oppose the Motion, and good cause appearing, it is

HEREBY ORDERED, that:

1. Holland shall disgorge $1,000 to the Debtor no later than October 15, 2010;

1

RECEIVED
September 21, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002943331

1 |     2. Any agreement between Holland and the Debtor is hereby cancelled;

2 |     3. Holland shall return to the Debtor her two uncashed checks no later than October 15, 2010, or provide the Debtor with a written statement that, after a diligent search, Holland is unable to locate the two uncashed checks; and

3 |     4. Holland shall provide proof of the disgorgement and the return of the two uncashed checks to the United States Trustee by close of business on October 15, 2010;

4 |     5. The Court shall retain jurisdiction to enforce this Order.

Dated: Sep 24, 2010

_United States Bankruptcy Judge_